Bank of New York and Trust Company, as Executor of and Trustee under the Last Will and Testament of Ruth A. Bruce-Brown, Deceased, Appellant, v. Albert F. Miller and Others, Defendants. Louis Silk, as Receiver, etc., Respondent.— Order settling receiver's account modified by disallowing the following items: " Removing dirt from cellar, $10; William MacTyre, repairing furnace and plumbing, $52.50; Mr. Powers, plumbing repairs, $6; " and by striking out the fifty dollars allowed as commissions and the receiver's account surcharged with those amounts. As so modified the order is affirmed, without costs,

on the ground that the special circumstances shown in this record warrant a charge on the plaintiff of the deficiency arising between the amounts of the receipts and disbursements by the receiver — the plaintiff having had the benefit thereof in the improvement of the property. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.